**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVON HAYES | |
| Plaintiff, | CIVIL ACTION NO. 3:11-1739 |
| v. | (JUDGE CAPUTO) |
| JEROME W. WALSH, et al., | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

## ORDER

**NOW**, this 27th day of June, 2012, **IT IS HEREBY ORDERED** that Magistrate Judge Smyser's Report and Recommendation (Doc. 45) is **REJECTED in part and ADOPTED in part**.

(1) The uncontested portions of the Report and Recommendation are **ADOPTED in their entirety**.

(2) The recommendation to permit Plaintiff to proceed on his procedural due process claim against the officials that participated in the review of his disciplinary appeals is **REJECTED**. The procedural due process claim against Defendants Gordon, Demming, Zakaruskas, Josefowicz, Walsh, and MacIntyre is **DISMISSED with prejudice**.

(3) Defendant MacIntyre is **DISMISSED** from the action.

(4) The matter is **RECOMMITTED** to Magistrate Judge Smyser for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge